**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

VICTOR CAMACHO-CRUZ,

     Petitioner,

v.                                  Case No. 2:25-cv-03035-MSN-atc

SCOTT LADWIG,

     Respondent.

---

**ORDER GRANTING MOTION TO WITHDRAW PETITION OF HABEAS CORPUS**

---

Before the Court is Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus (ECF No. 10, "Motion"), filed November 17, 2025. Petitioner indicates that he "is subject to mandatory detention" and therefore is unable to find relief via writ of habeas corpus. (*Id.* at PageID 25–26.) He asks that the withdrawal be granted and that this case be terminated. Accordingly, Petitioner's Motion is **GRANTED**, and this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of November, 2025.

                             *s/ Mark S. Norris*
                             MARK S. NORRIS
                             UNITED STATES DISTRICT JUDGE